## RAILWAY EXPRESS AGENCY, INC v P U C

Ohio Supreme Court
No 22329. Decided Dec. 24, 1930

For full opinion see 123 Oh St 159 (Oh Bar 2-10-31).